```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ROOSEVELT ROSE,                     :
                                    :
            Plaintiff,              :
                                    :    05 Civ. 9445 (JSR)
      -v-                           :
                                    :    ORDER
OFFICER BIBLIARI, # 7050, et al.,   :
                                    :
                                    :
            Defendants.             :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-16-07

JED S. RAKOFF, U.S.D.J.

On December 4, 2006, the Honorable Frank Maas, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending this case be dismissed without prejudice because of plaintiff's failure to take steps to prosecute this action.

In the intervening time, plaintiff has not filed any objection to the Report and Recommendation or otherwise contacted the Court. Under the circumstances, plaintiff has waived any right to further appellate review of this matter. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons therein, dismisses this case without prejudice. Clerk to enter judgment.

SO ORDERED.

_____

JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        January 13, 2007